ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 DEC 29 PM 2: 11

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CURTIS MOSLEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 314-087 |
| CHASSITY WATKINS, Correctional Officer, et al., | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 29th day of Dec., 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE